**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

GAGANDEEP SINGH,                    )
                                    )
              Petitioner,         )
                                    )
-vs-                                )      NO. CIV-26-0262-HE
                                    )
KRISTI NOEM, et al.,                )
                                    )
              Respondents.        )

## JUDGMENT

In accordance with the order entered this date, the petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2241 is granted in part.

**IT IS SO ORDERED**.

Dated this 12th day of March, 2026.

_____

JOE HEATON
UNITED STATES DISTRICT JUDGE